UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: PNC BANK, NATIONAL ASSOCIATION

In Re:
Virginia Karros
        Debtor

Case No:    24-12353 CMG

Chapter:    13

Hearing Date: 5/1/2024

Judge:    Christine M. Gravelle

## AMENDED CERTIFICATION OF SERVICE

1. I, Lauren Yates-Murray:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, Esq., who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>April 9, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Objection to Confirmation of Plan
    - Debtor's Chapter 13 Plan
    - Amended Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 9, 2024                 /S/Lauren Yates-Murray

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Virginia Karros<br>47 Selkirk Avenue<br>Toms River, NJ 08757 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marc C. Capone<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |