Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−12353−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Virginia Karros
   47 Selkirk Avenue
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9089

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       6/5/24
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $5239.50

EXPENSES
expenses: $398.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 9, 2024
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-12353-CMG

Virginia Karros Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: May 09, 2024 Form ID: 137 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Karros, 47 Selkirk Avenue, Toms River, NJ 08757-6249 |
| 520182052 | + | Berkeley Twp. Sewerage Authority, 255 Atlantic City Blvd, Bayville, NJ 08721-1296 |
| 520182057 | + | Holiday City South Homeowners Corp., 139 Santiago Drive, Toms River, NJ 08757-6163 |
| 520246454 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 520219857 | + | N or D Remick - Tod Kyle Remick, Norman Remick, PO Box 39, Barnegat Post Office, Barnegat, NJ 08005-0039 |
| 520182061 | + | NJ Courts- Ocean Vicinage, Ocean County Probation Division, 15 Hooper Avenue, Toms River, NJ 08753-7603 |
| 520182063 | + | Township of Berkeley, PO Box B, Bayville, NJ 08721-0287 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520182053 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 09 2024 20:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520182054 | + | Email/PDF: creditonebknotifications@resurgent.com | May 09 2024 20:43:29 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520182055 | | Email/Text: bankruptcycourts@equifax.com | May 09 2024 20:33:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520182056 | ^ | MEBN | May 09 2024 20:29:44 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520182058 | ^ | MEBN | May 09 2024 20:31:21 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520182059 | | Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 20:32:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520247818 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2024 20:43:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520182060 | | Email/Text: camanagement@mtb.com | May 09 2024 20:33:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520182062 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2024 20:32:00 | PNC Bank National Association, Attn: Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 520247658 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2024 20:32:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520249434 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2024 20:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 520182064 | ^ | MEBN | May 09 2024 20:30:35 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520245939 | + | Email/PDF: ebn_ais@aisinfo.com | May 09 2024 20:43:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520182065 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 09 2024 20:32:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520204092 | | CubeSmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Virginia Karros ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4