**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on June 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>　Virginia Karros,<br><br>　　　　Debtor(s). | Chapter 13<br><br>Case No. 24-12353<br><br>Hearing Date: June 5, 2024<br><br>Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 6, 2024**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

4877-3569-1965, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____5,239.50_____ for services rendered and expenses in the amount of $_____398.00_____ for a total of $_____5,637.50_____. The allowance is payable:

☒  $ 2,637.50   through the Chapter 13 plan as an administrative priority.

☒  $ 3,000.00   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

4877-3569-1965, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Virginia Karros  
    Debtor

Case No. 24-12353-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Jun 06, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Karros, 47 Selkirk Avenue, Toms River, NJ 08757-6249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone  
    on behalf of Debtor Virginia Karros ecf@gbclawgroup.com  
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4