WILLIAM J. OXLEY, ESQ. [43902022]

**DASTI & STAIGER**
310 Lacey Road | P.O. Box 779
Forked River, NJ 08731
**O:** 609-549-8990  **F:** 609-549-5043

Attorneys for Berkeley Township

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| VIRGINIA KARROS | Case 24-12353 (CMG) |
| Debtors, | |

**NOTICE OF APPEARANCE OF
WILLIAM J. OXLEY, ESQ., WITH
DEMAND FOR SERVICE OF PAPERS, FOR AND ON
BEHALF OF BERKELEY TOWNSHIP**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, the undersigned (i) appear for a party-in-interest and creditor herein, <u>Berkeley Township,</u> and (ii) demand that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned, addressed as follows:

> William J. Oxley, Esq.
> Dasti & Staiger, P.C.
> 310 Lacey Road
> Forked River, NJ 08731
> woxley@dastilaw.com



609-549-8990

PLEASE TAKE FURTHER NOTICE that the foregoing demand not only includes notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, next-day delivery service, hand delivery, other courier service, telephone, telecopier, e-mail, telegraph, telex, or otherwise, that affect the above- captioned debtors or their property.

Respectfully submitted,

/s William J. Oxley
WILLIAM J. OXLEY, ESQ.
Dasti & Staiger, P.C.
310 Lacey Road
Forked River, NJ 08731
woxley@dastilaw.com
609-549-8990
Attorneys for Berkeley Township

Dated:  December 3, 2024



DASTI & STAIGER
ATTORNEYS AT LAW
310 Lacey Road | P.O. Box 779
Forked River, NJ 08731