| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-12353 / CMG**

Virginia Karros

Petition Filed Date: 03/04/2024
341 Hearing Date: 04/04/2024
Confirmation Date: 05/01/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/01/2024 | $150.00 |  | 05/01/2024 | $150.00 |  | 06/07/2024 | $150.00 |  |
| 07/05/2024 | $150.00 |  | 08/02/2024 | $150.00 |  | 09/04/2024 | $150.00 |  |
| 10/01/2024 | $150.00 |  | 11/04/2024 | $150.00 |  | 12/03/2024 | $150.00 |  |

**Total Receipts for the Period: $1,350.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Virginia Karros | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ATTY DISCLOSURE/ORDER 6/6/24 | Attorney Fees | $2,637.50 | $1,134.00 | $1,503.50 |
| 1 | Berkeley Twp. Sewerage Authority<br>»»  SEWER RENTAL | Unsecured Creditors | $178.86 | $0.00 | $178.86 |
| 2 | N OR D REMICK - TOD KYLE & NORMAN REMICK<br>»»  47 SELKIRK AV/TAX CERT #24-00068 | Secured Creditors | $3,378.38 | $0.00 | $3,378.38 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,796.82 | $0.00 | $1,796.82 |
| 4 | M&T BANK<br>»»  2019 DODGE CHARGER | Debt Secured by Vehicle | $1,016.16 | $0.00 | $1,016.16 |
| 5 | M&T BANK<br>»»  2019 DODGE CHARGER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | Holiday City South Homeowners Corp. | Secured Creditors<br>No Disbursements: Pending Sale / Refi | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK, NA<br>»»  P/47 SELKIRK AV/ORDER 5/10/24 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $15,372.14 | $0.00 | $15,372.14 |
| 8 | Township of Berkeley | Secured Creditors<br>No Disbursements: Pending Sale / Refi | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $417.42 | $0.00 | $417.42 |
| 10 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $2,589.68 | $0.00 | $2,589.68 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOVS | Unsecured Creditors | $1,708.50 | $0.00 | $1,708.50 |

**Chapter 13 Case No. 24-12353 / CMG**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $1,134.00 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $91.50 | Arrearages: | $0.00 |
| Funds on Hand: | $274.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

