UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William J. Oxley, Esquire
Dasti & Staiger, P.C.
310 Lacey Road
Forked River, NJ 08731
609-549-8990
woxley@dastilaw.com
Attorneys for Creditor
Berkeley Township

In Re:

Virginia Karros

Case No.: 24-12353-CMG

Chapter: 13

Hearing Date: February 5, 2025

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☒ Withdrawn

Matter: Creditor Berkeley Township's Motion for Relief from Stay (Docket #49)

Date: February 3, 2025

Signature: [signed] William Oxley

rev.8/1/15