UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William J. Oxley, Esquire
Dasti & Staiger, P.C.
310 Lacey Road,
Forked River, NJ 08731
609-549-8990
woxley@dastilaw.com
Attorneys for Creditor
Berkeley Township

Order Filed on February 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Virginia Karros,
                Debtor

Case No.: 24-12353-CMG
Judge: Christine M. Gravelle
Hearing Date(s): February 5, 2025
Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

DATED: February 5, 2025

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Virginia Karros
Case No: 24-12353
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

---

This matter having been brought before the Court by Dasti & Staiger, P.C., attorneys for Creditor, Berkeley Township, William J. Oxley, Esq. appearing, upon a Motion for Relief from Stay as to real property located at 47 Selkirk Ave., Toms River, NJ 08757, and it appearing as though notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Creditor and Marc C. Capone, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED,** and **DECREED** that as of February 3, 2025 Debtor is in arrears to Creditor Berkeley Township for 2024 Quarter 2, 3, 4 and costs for real property taxes in the amount of $2,540.18; and

It is further **ORDERED, ADJUDGED,** and **DECREED** that Creditor Berkeley Township having withdrawn its Motion for Relief from Stay filed on January 15, 2025 shall be entitled to file a subsequent Motion for Relief from Stay on or after June 30, 2025, the proposed date of completion for the sale of real property commonly known as 47 Selkirk Ave., Toms River, NJ 08757; and

It is further **ORDERED, ADJUDGED,** and **DECREED** that in the event that a sale of real property known as 47 Selkirk Ave., Toms River, NJ 08757 has not closed by June 30, 2025, that the Debtor waives any right to object to or oppose any Motion for Relief from Stay filed by Creditor Berkeley Township, and consents to the Motion for Relief from Stay being entered once filed, on or after June 30, 2025.