UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William J. Oxley, Esquire
Dasti & Staiger, P.C.
310 Lacey Road,
Forked River, NJ 08731
609-549-8990
woxley@dastilaw.com
Attorneys for Creditor
Berkeley Township

Order Filed on February 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
 Virginia Karros,
                Debtor

Case No.: 24-12353-CMG
Judge: Christine M. Gravelle
Hearing Date(s): February 5, 2025
Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

**DATED: February 5, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Virginia Karros
Case No: 24-12353
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by Dasti & Staiger, P.C., attorneys for Creditor, Berkeley Township, William J. Oxley, Esq. appearing, upon a Motion for Relief from Stay as to real property located at 47 Selkirk Ave., Toms River, NJ 08757, and it appearing as though notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Creditor and Marc C. Capone, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED**, **ADJUDGED**, and **DECREED** that as of February 3, 2025 Debtor is in arrears to Creditor Berkeley Township for 2024 Quarter 2, 3, 4 and costs for real property taxes in the amount of $2,540.18; and

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Creditor Berkeley Township having withdrawn its Motion for Relief from Stay filed on January 15, 2025 shall be entitled to file a subsequent Motion for Relief from Stay on or after June 30, 2025, the proposed date of completion for the sale of real property commonly known as 47 Selkirk Ave., Toms River, NJ 08757; and

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that in the event that a sale of real property known as 47 Selkirk Ave., Toms River, NJ 08757 has not closed by June 30, 2025, that the Debtor waives any right to object to or oppose any Motion for Relief from Stay filed by Creditor Berkeley Township, and consents to the Motion for Relief from Stay being entered once filed, on or after June 30, 2025.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12353-CMG |
| Virginia Karros | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Karros, 47 Selkirk Avenue, Toms River, NJ 08757-6249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Virginia Karros ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 05, 2025 | Form ID: pdf903 | Total Noticed: 1

William Joseph Oxley
                            on behalf of Creditor Berkeley Township woxley@dastilaw.com

TOTAL: 6