Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−12353−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Virginia Karros
   47 Selkirk Avenue
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9089

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 20, 2025.

Dated: March 20, 2025
JAN: mjb

                                 Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12353-CMG |
| Virginia Karros | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Karros, 47 Selkirk Avenue, Toms River, NJ 08757-6249 |
| cr | + | Berkeley Township, Tax Collector, P.O. Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-0287 |
| r | + | JoAnn Petrizzo, ADK Realty & Consulting Services, 1071 Route 37 West, Unit 9, Toms River, NJ 08755-5026 |
| 520182052 | + | Berkeley Twp. Sewerage Authority, 255 Atlantic City Blvd, Bayville, NJ 08721-1296 |
| 520182057 | + | Holiday City South Homeowners Corp., 139 Santiago Drive, Toms River, NJ 08757-6163 |
| 520246454 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 520219857 | + | N or D Remick - Tod Kyle Remick, Norman Remick, PO Box 39, Barnegat Post Office, Barnegat, NJ 08005-0039 |
| 520182061 | + | NJ Courts- Ocean Vicinage, Ocean County Probation Division, 15 Hooper Avenue, Toms River, NJ 08753-7603 |
| 520182063 | + | Township of Berkeley, PO Box B, Bayville, NJ 08721-0287 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: camanagement@mtb.com | Mar 20 2025 20:44:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 520182053 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2025 20:44:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520182054 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 20:53:13 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520182055 | | Email/Text: bankruptcycourts@equifax.com | Mar 20 2025 20:44:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520182056 | ^ | MEBN | Mar 20 2025 20:42:41 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520182058 | ^ | MEBN | Mar 20 2025 20:43:21 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520182059 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 20:43:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520247818 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 21:04:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520182060 | | Email/Text: camanagement@mtb.com | Mar 20 2025 20:44:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520182062 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2025 20:43:00 | PNC Bank National Association, Attn: Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 520247658 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: plncf13 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 20 2025 20:43:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520249434 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 20:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520182064 | ^ | MEBN | Mar 20 2025 20:42:10 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520245939 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2025 20:52:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520182065 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 20 2025 20:43:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520204092 | | CubeSmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. Smillie | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| Marc C Capone | on behalf of Debtor Virginia Karros ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Joseph Oxley | on behalf of Creditor Berkeley Township woxley@dastilaw.com |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Mar 20, 2025     Form ID: plncf13     Total Noticed: 26
TOTAL: 7