UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas J. Smillie
FITZPATRICK LENTZ & BUBBA, P.C.
645 West Hamilton Street – Suite 800
Allentown, PA 18101
610-797-9000
ID #004531984
Attorney for M&T Bank

Order Filed on March 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
VIRGINIA KARROS

Case No.: 24-12353
Judge: Christine M. Gravelle
Hearing Date(s): March 19, 2025 at 9:00 AM
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: March 21, 2025**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Applicant:                   M&T Bank

Applicant's Counsel:        Douglas J. Smillie

Debtor's Counsel:           Marc C. Capone

Property Involved ("Collateral"):    2019 Dodge Charger VIN 2C3DXJG8KH531228

Relief sought:     ☒   Motion for relief from the automatic stay

                    ☐   Motion to dismiss

                    ☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.     Status of post-petition arrearages:

      ☒   The Debtor is overdue for __5__ months, from ____11/1/24____ to ____3/1/25____.

      ☐   The Debtor is overdue for _____ payments at $_____ per month.

      ☐   The Debtor is assessed for _____ late charges at $_____ per month.

      ☒   Applicant acknowledges receipt of funds in the amount of $ __339.00__ received after the motion was filed.

      Total Arrearages Due $_____1,693.60_____.

2.     Debtor must cure all post-petition arrearages, as follows:

      ☒   Immediate payment shall be made in the amount of $___2,000.00___. Payment shall be made no later than ___March 26, 2025___.

      ☒   Beginning on ___April 1, 2025___, regular monthly mortgage payments shall continue to be made in the amount of $___338.72___.

      ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Immediate payment:    M&T Bank CAM Legal Operations

   P. O. Box 1508

   Buffalo, NY 14240

   ☒ Regular monthly payment:    M&T Bank

   P. O. Box 64679

   Baltimore, MD 21264

   ☐ Monthly cure payment:    _____

   _____

   _____

4. In the event of Default:

   ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

   ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

    ☐   The Applicant is awarded attorneys fees of $_____$, and costs of $_____$.

        The fees and costs are payable:

        ☐   through the Chapter 13 plan.

        ☐   to the Secured Creditor within _____ days.

    ☒   Attorneys' fees are not awarded.

*rev.1/12/22*

4

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12353-CMG |
| Virginia Karros | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Karros, 47 Selkirk Avenue, Toms River, NJ 08757-6249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025                 Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. Smillie | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| Marc C Capone | on behalf of Debtor Virginia Karros ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

William Joseph Oxley
          on behalf of Creditor Berkeley Township woxley@dastilaw.com

TOTAL: 7