Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−12353−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Virginia Karros
47 Selkirk Avenue
Toms River, NJ 08757

Social Security No.:
xxx−xx−9089

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/11/25 at 09:00 AM

to consider and act upon the following:

*74* − Creditor's Certification of Default (related document:50 Order Resolving Creditor's Certification of Default) filed by Richard Abel on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 05/19/2025. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Abel, Richard)


Dated: 5/20/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court