A. Fazio Moving & Storage
c/o Law Offices of Fredrick Roughgarden, Esq.
350 Lafayette Ave
Hawthorne, NJ 07506

Berkeley Twp. Sewerage Authority
255 Atlantic City Blvd
Bayville, NJ 08721

CubeSmart

Equifax
Po Box 740241
Atlanta, GA 30374-0241

Experian
475 Anton Blvd
Costa Mesa, CA 92626-7037

Holiday City South Homeowners Corp.
139 Santiago Drive
Toms River, NJ 08757

KML Law Group, P.C.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240-0844

PNC Bank National
Association
Attn: Bankruptcy Dept.
PO Box 94982
Cleveland, OH 44101

Township of Berkeley
PO Box B
Bayville, NJ 08721

TransUnion
Po Box 2000
Chester, PA 19016-2000

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: **Karros, Virginia**                                                       CASE NO 24-12353

                                                                                   CHAPTER **13**

### AMENDED

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **07/11/2025**        Signature            **/s/ Virginia Karros**
                                                                   Virginia Karros, Debtor