Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
Attorney for Debtor
MC 4795

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Virginia Karros**

DEBTOR

CASE NO.: **24-12353**

Hearing Date:

Judge: **Mark E. Hall**

## CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

   ___ represent the _____ in the above-captioned matter.

   **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtor** in the above captioned matter.

2. On **July 15, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Order Respecting Amendment; Amendment to Schedule E/F; Chapter 13 Plan**

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 7/15/25

/s/ Tiffany Vasarkovy
TIFFANY VASARKOVY

4905-8775-6630, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo | Trustee | ___ Hand Delivered<br>___ Regular Mail<br>___Certified mail/RR<br>___ E-mail<br>_X_ Notice of Electronic Filing<br>__Other_____ |
| A Fazio Moving & Storage<br>c/o Law Offices of<br>Frederick Roughgarden, Esq.<br>350 Lafayette Avenue<br>Hawthorne, NJ 07506 | Creditor | ___ Hand Delivered<br>_X_ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4905-8775-6630, v. 1